UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JANE DOE,

       Plaintiff,

v.

SOLERA CAPITAL LLC and MOLLY
ASHBY, jointly and severally,

       Defendants.
------------------------------------------------------------x

**NOTICE OF MOTION**
Case No.: 18-cv-1769

**PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Jeanne E. Mirer offered in support of Plaintiff's Memorandum Of Law In Support Of Doe's Motion To File Under Pseudonym, Plaintiff moves this Court, before Hon. Judge Ramos, United States District Judge, for an Order to permit Plaintiff to continue this action anonymously/ under a pseudonym as "Jane Doe".

Dated: New York, New York

July 19, 2018

Respectfully submitted,

MIRER MAZZOCCHI &JULIEN &, PLLC

_____
By: Jeanne E. Mirer
*Attorney for Plaintiff*
150 Broadway, 12th Flr.
New York, NY 10038
212-231-2235
jmirer@mmsjlaw.com