SUPREME COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------X

JANE DOE,

                              Plaintiff,

                                                               Index No.

-against-

                                                                **AFFIRMATION OF**

MOLLY ASHBY and SOLERA CAPITAL LLC,      **JEANNE E. MIRER**

                              Defendants.

------------------------------------------------------------X

      JEANNE E. MIRER, an attorney admitted to practice in the Southern District of the United States deposes and says under penalty of perjury:

      1. I am a partner of the firm Mirer Mazzocchi & Julien PLLC, attorneys for plaintiff in the above-captioned matter. I am familiar with the facts and circumstances set forth in the attached Memorandum of Law based on a review of pertinent documents and information obtained from our client.

      2. I have worked with Jane Doe for over a year and know first-hand how fearful she is about disclosing her name given her status as a victim of domestic violence and the risk of severe physical harm that she experienced from her abuser, who continues to search for her. She continues in therapy for PTSD.

      3. The facts stated in the Memorandum of Law are true and if this Motion is not granted she would be very concerned about continuing this litigation.

      **WHEREFORE**, for the reasons articulated in the accompanying Memorandum of Law, it is respectfully requested that this Court grant plaintiff's motion to continue to proceed anonymously, to have her current and former name and/or identifying information redacted from all court filings related to this matter, and an order enjoining defendants from disclosing plaintiff's

current and former name and/or identifying information to the public and any third party.

.

Dated: New York, New York
       July 19, 2018

                                                                                          Jeanne Mirer