UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

JANE DOE,

    Plaintiff, v.

SOLERA CAPITAL LLC and MOLLY
ASHBY, jointly and severally,

    Defendants.

-----------------------------------------------------------------x

18-CV-1769 (ER)

NOTICE OF MOTION FOR
RECONSIDERATION OF THE
COURT'S DENIAL OF JANE
DOE'S MOTION TO CONTINUE
TO PROCEED ANONYMOUSLY
UNDER PSEUDONYM

TO:   GORDON REES SCULLY
       MANSUKHANI, LLP
       Mercedes Colwin, Esq.
       David Grech, Esq.
       Sandra Jimenez, Esq.
       *Attorneys for Defendants*
       1 Battery Park Plaza
       28th Floor
       New York, NY 10004

Please take notice that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Reconsideration, and supporting exhibit, and upon all prior papers in this case, Jane Doe by and through undersigned counsel seek an order that the Court reverse its decision of March 31, 2019 denying Jane Doe's motion to continue to proceed anonymously under pseudonym. This motion is made pursuant to Local Rule 6.3 of the Rules of the Southern District of New York.

Respectfully submitted,

        MIRER MAZZOCCHI & JULIEN, PLLC

By: _____
        Jeanne Mirer
        Ria Julien
        150 Broadway, Suite 1200
        New York, New York 10038
        (212)231-2235
        jmirer@mmsjlaw.com
        *Attorney for Plaintiffs*