USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_2/26/2020\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JANE DOE,

                       Plaintiff,

- against -

SOLERA CAPITAL LLC and MOLLY ASHBY,
jointly and severally,

                       Defendants.

-------------------------------------------------------------------X

Case No.: 1:18-cv-01769-ER-KHP

**SECOND AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

      This Amended Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties **do not** consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **is** to be tried to a jury.

3. Amended pleadings may be filed until **March 23, 2020**.

4. Additional interrogatories, pursuant to Fed. R. Civ. P. 33(a)(1), shall be limited to five (5) in number and shall be served no later than **March 9, 2020**, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall not** apply to this case.

5. The parties' having exchanged first requests for production of documents, Plaintiff's responses to Defendants' outstanding requests for production of documents shall be served no later than **February 28, 2020**. Supplemental requests under Fed. R. Civ. P. 34 shall be served no later than **March 9, 2020**, and responses thereto shall be served within thirty (30) days thereafter.

6. Non-expert depositions shall be completed by **April 24, 2020**.

7. Defendants' having served Requests to Admit on January 22, 2020, Plaintiff's responses thereto shall be served no later than **February 28, 2020**.

1

8. Plaintiff shall make required disclosures under Fed. R. Civ. P. 26(a) with respect to treating health care providers expected to be called as witnesses and with respect to expert witness and reports no later than **March 23, 2020**.

9. Defendants shall make required disclosures under Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses and reports no later than **April 30, 2020**.

10. Expert depositions shall be completed by **May 29, 2020**.

11. **ALL DISCOVERY SHALL BE COMPLETED BY MAY 29, 2020**.

12. Any motions shall be filed in accordance with the Court's Individual Practices.

13. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

14. The Magistrate Judge assigned to this case is the Hon. **Katharine H. Parker**.

15. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

16. The next case management conference is scheduled for June 3, 2020, at 3:30 PM (to be set by the Court).

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: 2/26/2020
New York, New York