UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JANE DOE,

                                                       Plaintiff,

      - against -

SOLERA CAPITAL LLC and MOLLY ASHBY,
jointly and severally,

                                                       Defendants.
-----------------------------------------------------------------X

Case No.: 1:18-cv-01769-ER-KHP

**FOURTH AMENDED CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

       This Amended Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties **do not** consent to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case **is** to be tried to a jury.

3. Amended pleadings may be filed until **N/A**.

4. Additional interrogatories, pursuant to Fed. R. Civ. P. 33(a)(1), shall be limited to five (5) in number and shall be served no later than **August 19, 2020**, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 **shall not** apply to this case.

5. The parties' having exchanged first requests for production of documents, Plaintiff's responses to Defendants' second requests for production of documents shall be served no later than **July 10, 2020**. Supplemental requests under Fed. R. Civ. P. 34 shall be served no later than **August 19, 2020**, and responses thereto shall be served within thirty (30) days thereafter.

6. Non-expert depositions shall be completed by **September 30, 2020**.

7. Plaintiff shall make required disclosures under Fed. R. Civ. P. 26(a) with respect to treating health care providers expected to be called as witnesses and with respect to expert witness and reports no later than **July 22, 2020**.

8. Defendants shall make required disclosures under Fed. R. Civ. P. 26(a)(2) with respect to expert witnesses and reports no later than **October 7, 2020**.

9. Expert depositions shall be completed by **October 30, 2020**.

10. **ALL DISCOVERY SHALL BE COMPLETED BY October 30, 2020**.

11. Any motions shall be filed in accordance with the Court's Individual Practices.

12. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

13. The Magistrate Judge assigned to this case is the Hon. **Katharine H. Parker**.

14. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

15. The next case management conference is scheduled for November 5, 2020, at 3:30 p.m. (to be set by the Court).

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.

Dated: June 29, 2020
New York, New York

2