UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE,

            Plaintiff,

– against –

SOLERA CAPITAL LLC *and* MOLLY ASHBY,

            Defendants.

**ORDER**

18 Civ. 1769 (ER)

RAMOS, D.J.:

    In light of the parties' agreement on all issues raised in their letters of September 17, 2020, and September 24, 2020, the motions made therein are DENIED as moot. The Fourth Amended Civil Case Discovery Plan and Scheduling Order remains in effect. The Clerk of Court is respectfully directed to terminate the motions, Docs. 108 and 110.

It is SO ORDERED.

Dated:   September 25, 2020
          New York, New York

                                                 EDGARDO RAMOS, U.S.D.J.