UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JANE DOE,

     Plaintiff,

v.
                                          Case No. 18-cv-1769

SOLERA CAPITAL LLC and MOLLY
ASHBY, jointly and severally,

     Defendants.

------------------------------------------------------------x

## MOTION TO FILE DOCUMENT UNDER SEAL

     The parties jointly request to file the attached document under seal for the reasons stated to

the Court in the telephone conference on October 22, 2020.

Dated:         New York, New York
                November 6, 2020

                               Respectfully Submitted,

*/s/ Jeanne Mirer*                          */s/ David Grech*
Jeanne Mirer                              David Grech

**MIRER MAZZOCCHI**                 **GORDON REES**
**& JULIEN, PLLC**                  **SCULLY MANSUKHANI, LLP**
One Whitehall Street, 16th Floor       1 Battery Park Plaza, 28th Floor
New York, NY 10004                New York, New York 10004
Phone: (212) 231-2235            (212) 269-5500
jmirer@mmsjlaw.com              dgrech@grsm.com

*Attorneys for Plaintiff Jane Doe*     *Attorneys for Defendants*
                                      *Solera Capital LLC and Molly Ashby*

TO:      All Counsel of Record (by ECF)