UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>    -   against   -<br><br>SOLERA CAPITAL LLC and MOLLY ASHBY,<br>*jointly and severally*,<br><br>                    Defendants. | **ORDER**<br><br>18 Civ. 1769 (ER) |

RAMOS, D.J.:

This matter came before the Court upon the joint motion of the parties pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the Court of Appeals and proceed to vacate its March 31, 2019 Opinion and Order (Doc. 51) and related October 25, 2019 Opinion and Order (Doc. 81), pursuant to Federal Rule of Civil Procedure 54(b).

Having considered the parties' motion and the entire record, the Court is of the opinion, and so finds, that if the case is remanded to it by the Court of Appeals for the Second Circuit, it will grant the relief requested.

**IT IS, THEREFORE, ORDERED BY THE COURT** that if this case is remanded to the District Court by the Court of Appeals, this Court will grant the parties' joint motion pursuant to Rule 62.1 and proceed to vacate its March 31, 2019 Opinion and Order and related October 25, 2019 Opinion and Order.  The parties' joint request to file their motion (Doc. 125)

and accompanying memorandum of law (Doc. 126) under seal is hereby granted.  The Clerk of Court is respectfully directed to terminate the motions.  Docs. 124 and 125.

      SO ORDERED.

Dated:    November 18, 2020
            New York, New York

                                                                                    _____
                                                                             Edgardo Ramos, U.S.D.J.