December 3, 2020

<u>**Via ECF**</u>

Hon. Judge E Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                                    **Re:**    *Jane Doe v. Solera Capital LLC, et al.*
                                                   18-cv-1769
                                                   **Joint Letter Motion to File Documents**
                                                   **Under Seal**

Dear Hon. Judge Ramos:

Pursuant to the Court's Order of November 6, 2020 (Dkt. #123) directing that certain confidential documents be filed with the Court simultaneously with other planned submissions, the Parties jointly request to file under seal the documents referenced in the Court's Order.

| MIRER MAZZOCCHI & JULIEN, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| By: /s/ Jeanne Mirer | By: /s/ David Grech |
| Jeanne Mirer | David J. Grech |
| 1 Whitehall St., 16th Floor | 1 Battery Park Plaza, 28th Floor |
| New York, New York 10004 | New York, New York 10004 |
| (212) 231-2235 | (212) 269-5500 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *Jane Doe* | *Solera Capital LLC and Molly Ashby* |

1