UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                       Plaintiff,

    -  against  -

SOLERA CAPITAL LLC and MOLLY ASHBY, *jointly and severally*,

                       Defendants.

**ORDER**

18 Civ. 1769 (ER)

---

RAMOS, D.J.:

      Plaintiff Jane Doe filed the instant suit on February 27, 2018.  Doc. 1.  On July 19, 2018, Plaintiff moved for a protective order to continue to proceed under a pseudonym for the duration of this case.  Doc. 27.  On March 31, 2019, the Court denied Plaintiff's request to proceed anonymously.  Doc. 51.  On April 12, 2019, Plaintiff filed a motion to reconsider, Doc. 54, which the Court denied on October 25, 2019, Doc. 81.  Plaintiff filed a notice of interlocutory appeal regarding that decision on October 28, 2019.  Doc. 82

      On November 12, 2020, while the matter was before the Second Circuit, the parties jointly moved the Court for an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1 regarding its March 31, 2019 Order and the related October 25, 2019 Order.  Docs. 125 and 126.  Specifically, the parties asked the Court to indicate its willingness to accepted a limited remand from the Second Circuit so that it may vacate both orders pursuant to Rule 54(b).  *Id.*  On November 18, 2020, the Court entered an order indicating as such.  Doc. 127.  On December 11,

2020, the Second Circuit issued a mandate, stating that Plaintiff's appeal had been dismissed. Doc. 131.

Pending before the Court is the parties' joint request to vacate, pursuant to Rule 54(b), its March 31, 2019 Opinion and Order and related October 25, 2019 Opinion and Order as to Plaintiff's motion to continue to proceed anonymously.  Doc. 130.  Having considered the parties' motions and the entire record, and consistent with its November 18, 2020 indicative ruling, *see* Doc. 127, the Court hereby vacates, pursuant to Rule 54(b), its March 31, 2019 Opinion and Order (Doc. 51) and related October 25, 2019 Opinion and Order (Doc. 81) as to Plaintiff's anonymity.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 130.

SO ORDERED.

Dated:   December 16, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.