UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JANE DOE,

    Plaintiff,

v.

SOLERA CAPITAL LLC and MOLLY
ASHBY, jointly and severally,

    Defendants.

------------------------------x

**MEMO ENDORSED**

Case No. 18-cv-1769

**MOTION TO FILE DOCUMENT UNDER SEAL**

The parties jointly request to file the attached document under seal for the reasons stated to the Court in the telephone conference on October 22, 2020.

Dated:    New York, New York
           April 29, 2021

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Jeanne Mirer | David Grech |
| Ria Julien | Lindsey Blackwell |

**MIRER MAZZOCCHI
& JULIEN, PLLC**
One Whitehall Street, 16th Floor
New York, NY 10004
Phone: (212) 231-2235
jmirer@mmsjlaw.com

*Attorneys for Plaintiff Jane Doe*

**GORDON REES
SCULLY MANSUKHANI, LLP**
1 Battery Park Plaza, 28th Floor
New York, New York 10004
(212) 269-5500
dgrech@grsm.com

*Attorneys for Defendants
Solera Capital LLC and Molly Ashby*

---

Granted. The Clerk of Court is respectfully directed to terminate the motion. Doc. 139.

So ordered.

_____
Edgardo Ramos, U.S.D.J
Dated: 4/30/2021
New York, New York